IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,

     Plaintiff,

v.                               CASE NO. 5:11-cv-03-RS-GRJ

UNKNOWN FEDERAL AGENCY,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983, and is proceeding pursuant to Doc. 6, an Amended Complaint. Plaintiff also seeks leave to proceed as a pauper. Docs. 3, 7. Upon due consideration, the Court concludes that this case should be dismissed as frivolous.

Pursuant to 28 U.S.C. § 1915 governing proceedings *in forma pauperis*, the Court may dismiss a case at any time if the Court determines that the allegation of poverty is untrue, or the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C § 1915(e)(2). "A claim is frivolous if it is without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (citing *Battle v. Central State Hospital*, 898 F.2d 126,129 (11th Cir. 1990)). A dismissal as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i) is appropriate when a complaint presents legal theories that are "indisputably meritless," or when the claims rely on factual allegations which are "clearly baseless." *Neitzke v. Williams*, 490 U.S. 319, 328 (1989).

This is plainly such a case.  Plaintiff's amended affidavit of indigency is facially incredible in that Plaintiff contends that his monthly student loan payment is $20,000. Doc. 7.  The allegations of the Amended Complaint are similarly fantastic.  Plaintiff alleges that "since 1998 or 2001" he has been harassed by an unknown federal agency that is causing Plaintiff's co-workers, family, friends, and former Army National Guardsmen to react "in a negative way" to Plaintiff.  As a result, Plaintiff alleges that his unspecified civil rights have been violated.  Plaintiff asks the Court to stop the actions of the unnamed agency, and to "pay [Plaintiff's] bills off and house".  The Court can ascertain no cognizable federal claim in Plaintiff's complaint.  The Court previously dismissed a nearly identical case filed by Plaintiff.  *See Russ v. Unknown Federal Agency*, case number 5:10-cv-289-RS-EMT, Doc. 20 (1/5/11).

For the foregoing reasons, Plaintiff's motions for leave to proceed as a pauper, Docs. 3 and 7, are **DENIED**.  It is respectfully **RECOMMENDED** that this case be **DISMISSED** as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i).

**IN CHAMBERS**  this 12th day of May 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.